*Tuesday, March 30, 1999*

## MOTION DOCKET

**97–2222. Parma v. Pub. Util. Comm.**
Public Utilities Commission, No. 97–650–TP–CSS. On March 22, 1999, appellants filed a document titled "List of Additional Authority To Be Relied Upon in Oral Argument." Appellants' document contains argument in addition to the list of citations to additional authorities permitted by S.Ct. Prac.R. IX(7), and, therefore, is not in compliance with S.Ct.Prac.R. IX(7). Accordingly,

IT IS ORDERED by the court, *sua sponte*, that appellants' list of additional authorities be, and hereby is, stricken.